# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Maite M. Rentas, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I am assigned to the Immigration Crimes Group in San Juan, Puerto Rico. As a Special Agent with HSI, I am authorized by law to investigate crimes involving violations of Title 18, Title 8, and Title 19 of the United States Code and to execute warrants issued under the authority of the United States. I have been employed as an HSI Special Agent since February 2025. Prior to my appointment as a HSI Special Agent, I was assigned in 2023, as a Special Agent with the United States Secret Service, San Juan Resident Office.

2. I successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in conducting criminal investigations, methods of investigation, and criminal investigations involving computers and different access devices.

3. I completed the HSI Special Agent Training Program in FLETC Charleston, South Carolina. For approximately twelve (12) weeks I was extensively trained in academic and practical applications in financial crimes, drug trafficking, weapons, human trafficking, child exploitation, document and identity fraud, immigration and other offenses.

4. I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. As a Special Agent, I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the

United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

5. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

6. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. § 1326(a) – *Illegal Reentry of removed alien* has been committed by Argentino GARCIA-DE LA CRUZ ("GARCIA-DE LA CRUZ").

## **PROBABLE CAUSE**

7. On or about October 23, 2025, HSI Special Agents ("SA") encountered GARCIA-DE LA CRUZ while conducting consensual immigration encounters in San Juan, Puerto Rico.

8. HSI SAs requested an identification, which GARCIA-DE LA CRUZ provided and performed an immigration examination on GARCIA-DE LA CRUZ. As a result, it was determined that GARCIA-DE LA CRUZ is a national and citizen of the Dominican Republic who has illegally reentered the United States after he was last removed on October 4, 2022—this was his third removal from the United States pursuant to a removal order. In addition, GARCIA-DE LA CRUZ has prior immigration encounters: in 2000 he was granted voluntary departure, in 2001 he was removed for the first time pursuant to a removal order, and in 2020 he was removed for a second time pursuant to a removal order.

9. Subsequently, HSI SAs conducted an immigration inspection on GARCIA-DE LA CRUZ to determine his admissibility and it was determined that GARCIA-DE LA CRUZ was not in

possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to be enter, pass through, or remain in the United States. HSI SAs determined that GARCIA-DE LA CRUZ is inadmissible to the United States, and SAs arrested and transported GARCIA-DE LA CRUZ to the U.S. Immigration and Customs Enforcement office, Enforcement and Removal Operations (ERO) located in Guaynabo, Puerto Rico, for further processing.

10. Record checks indicate that on or about April 25, 2025, GARCIA-DE LA CRUZ was issued a Puerto Rico driver's license. Puerto Rico Department of Transportation records shows that GARCIA-DE LA CRUZ identified himself as a national and citizen of the Dominican Republic ("DR") and produced a DR passport.

11. Further immigration records checks revealed the following:

    a. On or about November 09, 2000, GARCIA-DE LA CRUZ was encountered by U.S. Customs and Border Protection ("CBP") in Carolina, Puerto Rico and was processed served a Notice to Appear. On or about November 29, 2000, GARCIA-DE LA CRUZ was granted a voluntary departure by an immigration judge in San Juan, Puerto Rico. GARCIA-DE LA CRUZ departed the United Stated on or about December 06, 2000, to the Dominican Republic.

    b. On or about June 15, 2001, GARCIA-DE LA CRUZ had a second encounter by U.S. Border Patrol agents ("USBP") near Aguadilla, Puerto Rico. GARCIA-DE LA CRUZ was processed and served with a Notice to Appear ("NTA"). On or about July 11, 2001, GARCIA-DE LA CRUZ was ordered removed by an immigration

       judge in San Juan, Puerto Rico. GARCIA-DE LA CRUZ was removed from the United States on or about July 19, 2001.

    c. On or about November 25, 2020, GARCIA-DE LA CRUZ had a third encounter. GARCIA-DE LA CRUZ was encountered by Miami ICE/ERO Criminal Apprehension Program (CAP) in Miami, Florida. GARCIA-DE LA CRUZ was processed with a Reinstatement of Deportation Order. GARCIA-DE LA CRUZ was removed on or about December 15, 2020, through Alexandria, Louisiana to the Dominican Republic.

    d. On or about July 24, 2022, GARCIA-DE LA CRUZ had a fourth encounter. GARCIA-DE LA CRUZ was encountered by ICE/ERO San Juan, Puerto Rico. Puerto Rico Department of Corrections "Bayamon 705" contacted ICE/ERO to notify that GARCIA-DE LA CRUZ was getting released due to posting bail for the pending charge of possession of a controlled substance.

12. GARCIA-DE LA CRUZ criminal records checks revealed the following:

    a. On or about November 24, 2020, GARCIA-DE LA CRUZ was arrested for violating Florida Littering Laws, in Miami, Florida. Final disposition for this case is unknown.

    b. On or about August 20, 2022, GARCIA-DE LA CRUZ was arrested by the Puerto Rico Police Department for possession of a controlled substance and driving under the influence. Further record checks indicate that on August 20, 2022, no probable cause was found for the charge of driving under the influence. On or about October 19,

2022, the charge for the possession of a controlled substance was dismissed.

13. GARCIA-DE LA CRUZ is a national and citizen of the Dominican Republic who does not possess any immigration documents allowing him to enter and/or remain in the United States legally, to include but not limited, the lack of express consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States. Furthermore, GARCIA-DE LA CRUZ was not inspected, admitted, or paroled into the United States by an Officer of the Bureau of Customs and Border Protection.

14. GARCIA-DE LA CRUZ does not have any petitions pending with the Bureau of Citizenship & Immigration Services.

## CONCLUSION

15. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that Argentino GARCIA-DE LA CRUZ, reentered the United States after being removed resulting in violations to 8 U.S.C. § 1326 (a) – *Reentry of removed alien.*

Respectfully submitted,

MAITE M RENTAS RAMOS
Digitally signed by MAITE M RENTAS RAMOS
Date: 2025.10.27 18:13:36 -04'00'

Maite M. Rentas Ramos
Special Agent
Homeland Security Investigations

Sworn by telephone pursuant to the requirements of Federal Rules Procedures 4.1 on this 28th day of October 2025, at 8:41 a.m.



Digitally signed by Hon. Giselle López-Soler

Hon. Giselle López Soler
United States Magistrate Judge
District of Puerto Rico